UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA :
:
v. :
:
KARL H. REHBERG, : CASE NO. 8:07-cr-352-T-17MAP
  a/k/a "Peggy Helms," :
  a/k/a "Shawn Pierce" and :
:
Defendant. :
:

## FINAL JUDGMENT OF FORFEITURE FOR SUBSTITUTE ASSET

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Judgment of Forfeiture for Substitute Asset for $49,774.05, in partial satisfaction of the defendant's forfeiture money judgment in the amount of $20,600,000.00.

1. On August 22, 2008, the Court granted the United States' motion and entered the Preliminary Order of Forfeiture for Substitute Asset, forfeiting to the United States of America all right, title, and interest of defendant Karl H. Rehberg in the $49,774.05. (Doc. 53).

2. On January 20, 2009, the United States Marshals Service deposited the $49,774.05 into the Asset Forfeiture Fund. (Doc. 85).

3. In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of its intent to dispose of the $49,774.05, on the official government website, www.forfeiture.gov, from

February 24, 2009 to March 25, 2009. (Doc. 87). The publication gave notice to all third parties with a legal interest in the $49,774.05 to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

4. No persons or entities, other than the defendant Karl H. Rehberg, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture for Substitute Asset, are known to have an interest in the $49,774.05. No third party has filed a petition claiming an interest in the funds, and the time for filing such Petition has expired.

5. The Court finds that the $49,774.05 is the property of defendant Karl H. Rehberg.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion is GRANTED. It is FURTHER ORDERED that all right, title and interest in the $49,774.05, in partial satisfaction of the defendant's forfeiture money judgment in the amount of $20,600,000.00, is CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of Fed. R. Crim. P. 32.2(c)(2), 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853(p), for disposition according to law.

Clear title to the $49,774.05 is now vested in the United States of America.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 4th day of May, 2009.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE